**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Lohman, </br></br>           Plaintiff, </br></br> vs. </br></br> Scottsdale Collection Service, LLC, et al., </br></br>           Defendant. | No. CIV 05-1301-PHX-DKD </br></br> **ORDER** |

Pending before the Court are Defendants' Motion to Set Aside Default (Doc. #11) as to Defendants Antoinette Centuroi and J. Davis, and Plaintiff's Motion to Set Aside Entries of Default (Doc. #17). Upon good cause shown,

**IT IS HEREBY ORDERED** granting Plaintiff's Motion to Set Aside Entries of Default (Doc. #17).

**IT IS FURTHER ORDERED** denying Defendants' Motion to Set Aside Default (Doc. #11), as moot.

DATED this 16th day of December, 2005.

David K. Duncan
United States Magistrate Judge