**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Lohman, | No. CIV 05-1301-PHX-DKD |
| Plaintiff, | **ORDER** |
| vs. | |
| Scottsdale Collection Services, LLC, et al., | |
| Defendants. | |

The Court, having received the Stipulated Motion to Dismiss, with prejudice, of the Parties, and being fully appraised in this matter,

NOW, THEREFORE, IT IS ORDERED that the above-captioned matter is dismissed with prejudice, each party to bear their own costs and attorney's fees incurred.

DATED this 24th day of January, 2006.

_____
David K. Duncan
United States Magistrate Judge